UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| JACQUELYN GAHAGAN,<br><br>           Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>           Defendant. | No. CV-12-3074 -CI<br><br>JUDGMENT |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: August 28, 2013

                                              SEAN McAVOY<br>                                              District Court Executive/Clerk

                                              s/ L. Stejskal<br>                                              Deputy Clerk